## Jake N. JOHNSTON v. UNITED STATES of America.
### No. 8119.

Circuit Court of Appeals, Sixth Circuit.
Oct. 10, 1938.

Swingle & Hardin, of Greeneville, Tenn., for appellant.

James B. Frazier, Jr., of Knoxville, Tenn., for the United States.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.
It appearing to the court from petition of appellant, Jake N. Johnston, filed herein, which is agreed to by the appellee, United States of America, that this cause involves the identical question presented to this court in the case of Carson Howard v. United States of America, 97 F.2d 987, it is ordered that this cause be reversed and remanded to the District Court for further proceedings therein not inconsistent with the opinion in the Howard Case.

## Mike JURETICH v. M. F. LENCE, District Director of Immigration & Naturalization Service, Department of Labor of the United States of America.
### No. 1810.

Circuit Court of Appeals, Tenth Circuit.
Nov. 28, 1938.

Karl V. King, of Salt Lake City, Utah, for appellant.

Dan B. Shields, U. S. Atty., of Salt Lake City, Utah, for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.
Appeal dismissed at appellant's costs, for failure to prosecute, on motion of appellee.

## KENTUCKY–JELLICO COAL COMPANY OF DELAWARE, Appellant, v. Charlie CHITWOOD, et al., Appellees.
### No. 7513.

Circuit Court of Appeals, Sixth Circuit.
Oct. 5, 1938.

Cleon K. Calvert, of Pineville, Ky., for appellant.

Golden & Lay, of Pineville, Ky., for appellees.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.
On motion of appellant the appeal, 16 F.Supp. 117, in this case is dismissed.

## Frank A. KNAPPE v. COMMISSIONER OF INTERNAL REVENUE.
### No. 7538.

Circuit Court of Appeals, Sixth Circuit.
Nov. 14, 1938.

Alvord & Alvord, and Floyd F. Toomey, all of Washington, D. C., for petitioner.

James W. Morris, Sewall Key, and Herman Oliphant, all of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.
It is ordered that the appeal herein be and the same is dismissed pursuant to motion of petitioner.